**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:      Ranfery Palacios v. The State of Texas

Appellate case number:   01-11-00311-CR and 01-11-00312-CR

Trial court case number:  1177546 and 1191389

Trial court:                    208th District Court of Harris County

      Appellant's court-appointed counsel filed a brief concluding that the above-referenced appeal is frivolous and a motion to withdraw as counsel. *See Anders v. California*, 386 U.S. 738, 744, 87 S. Ct. 1396, 1400 (1967).

      The motion to withdraw as counsel is **ordered taken with the case**.

      It is so ORDERED.


Judge's signature: /s/ Justice Bland
                ☒  Acting individually      ☐  Acting for the Court


Date:  September 11, 2012


      It is so ORDERED.